**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>BRIAN E. JONES,<br>[DOB: 08/27/1981]<br><br>                    Defendant. | Case No.<br><br>**COUNT ONE:**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1), 924(a)(2) and 924(e)(1)<br>NLT: Fifteen Years Imprisonment<br>NMT: Life Imprisonment<br>NMT: $250,000 Fine<br>NMT: Five Years Supervised Release<br>Class A Felony<br>$100 Special Assessment |

## **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

### **COUNT ONE**

On or about January 18, 2019, in the Western District of Missouri, the defendant BRIAN E. JONES, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possesses, in and affecting commerce, a firearm, to wit: a Sig Sauer .22 caliber handgun, bearing serial number F240600, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e)(1).

                                                                          A TRUE BILL.

8/27/2020                                               */s/ Tressie Borders*
DATE                                                       FOREPERSON OF THE GRAND JURY


*/s/ Jessica L. Ward*
Jessica L. Ward
Special Assistant United States Attorney
Western District of Missouri