# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>BRIAN E. JONES<br><br>                Defendant. | Case No. 20-00215-01-CR-W-HFS |

## ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney, Patrick C. Edwards, Assistant United States Attorney, and enters his appearance as attorney of record for the United States of America in the above-reference case.

Effective this date, the following attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

**Jessica L. Ward.**

                                              Respectfully submitted,

                                              Teresa A. Moore
                                              Acting United States Attorney

                         By    */s/Patrick C. Edwards*

                                              Patrick C. Edwards
                                              Assistant United States Attorney

                                              Charles Evans Whittaker Courthouse
                                              400 East 9th Street, Suite 5510
                                              Kansas City, Missouri   64106
                                              Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on June 11, 2021, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                        */s/Patrick C. Edwards*
                                        Patrick C. Edwards
                                        Assistant United States Attorney

2

Case 4:20-cr-00214-HFS  Document 15  Filed 06/11/21  Page 2 of 2